# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-41CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-41CB,

Appellant,

vs.

COLLEGIUM FUND LLC, SERIES 18, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 72789

FILED

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed.[1] NRAP 42(b).

It is so ORDERED.

_____, C.J.
Cherry

---

[1]Given this order, the clerk shall vacate the conditional sanctions imposed on November 9, 2017.

17-41080

cc: Hon. Joseph Hardy, Jr., District Judge
Jay Young, Settlement Judge
Wright, Finlay & Zak, LLP/Las Vegas
Clark Newberry Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A